# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOHNNIE B. BELL,

    Plaintiff,

v.                                                                              CASE NO. 4:06cv392-RH/WCS

JAMES CROSBY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 17), which concludes that this prisoner civil rights action should be dismissed under the doctrine of res judicata. Plaintiff filed an earlier action in state court arising from the same incident. The state trial court dismissed the action; plaintiff appealed; and the appeal remains pending.

Florida law determines the preclusive effect of judgments entered by the Florida state courts. As correctly set forth in the report and recommendation, the Florida doctrine of res judicata applies here and bars this federal action. That the state court judgment is on appeal does not change this. *See Reese v. Damato*, 44

Fla. 692, 698-99, 33 So. 462, 464 (1902); *Capital Assurance Co. v. Margolis*, 726 So.2d 376, 377 (Fla. 3d DCA 1999).

In addition, this federal action is barred by the specific component of Florida res judicata law commonly known as the rule against splitting causes of action. *See Mims v. Reid*, 98 So. 2d 498, 500 (Fla. 1957) (adopting majority rule against splitting causes of action); *Thermofin v. Woodruff*, 491 So.2d 344 (Fla. 4th DCA 1986) ("The rule against splitting causes of action requires that all relief arising out of a single transaction or event be sought, and recovered, in one action.").

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "This action is dismissed with prejudice."  The clerk shall close the file.

SO ORDERED this 6th day of November, 2006.

s/Robert L. Hinkle<br>Chief United States District Judge